261 F.2d 839
 UNITED STATES of America, Appellant,
v.
Robert C. MUSSMAN, Trustee in Bankruptcy of Wilfred J.
Parchem and Harold N. Langdon, d/b/a Aladdin Food
Plan, a co-partnership, Bankrupt.
 No. 16088.
 United States Court of Appeals Eighth Circuit.
 Nov. 3, 1958.
 
 Fallon Kelly, U.S. Atty., and Kenneth G. Owens, Asst. U.S. Atty., St. Paul, Minn., for appellant.
 Gerald E. Magnuson, Minneapolis, Minn., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from the District Court, In re Parchem, D.C., 166 F.Supp. 724, dismissed, on stipulation of parties.